IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MASSACHUSETTS

| | | |
|---|---|---|
| RAYMOND RODRIGUEZ, on behalf of § | | |
| The UNITED STATES OF AMERICA, § | | |
| § | | |
| PLAINTIFF/Relator, § | CIVIL ACTION NO. _____ | |
| § | | |
| V. § | FILED UNDER SEAL | |
| § | 31 U.S.C. §§ 3729-32 | |
| CARMEN MANIX, MAURA MANIX, § | JURY TRIAL DEMANDED | |
| And HIGH STREET HOLYOKE | | |
| PROPERTIES II LLC, | | |
| § | | |
| DEFENDANT § | | |

# FALSE CLAIMS ACT
# COMPLAINT "QUI TAM"

**TO THE HONORABLE JUDGE OF SAID COURT:**

The United States of America, by and through *qui tam* Relator, Raymond Rodriguez, brings this action under 31 U.S.C. §§ 3729-32 (The "False Claims Act") to recover from Carmen Manix for all damages, penalties, and other remedies available under the False Claims Act on behalf of the United States and himself and would show unto the Court the following:

## PARTIES

1. Relator, Raymond Rodriguez is an individual and citizen of the United States of America residing at 362 High Street, Apartment 2A, Holyoke, Massachusetts 01040, Massachusetts.

2. Defendant Maura Manix is an individual residing at 1175 Farmington Ave, West

1

Hartford, Connecticut 06107, Who conducts business in Massachusetts through the corporation High Street Holyoke Properties II LLC by renting out apartments located at 362 High Street, Holyoke, Massachusetts 01040. Maura Manix, is the owner and officer of High Street Holyoke Properties II, LLC.

3. Defendant Carmen Manix is an individual residing at 8 Cornell Road, West Hartford, Connecticut 06107, Who conducts business in Massachusetts through the corporation High Street Holyoke Properties II LLC by renting out apartments located at 362 High Street, Holyoke, Massachusetts 01040.

## JURISDICTION AND VENUE

4. This Court maintains subject matter jurisdiction over this action pursuant to 31 U.S.C. §3732(a) (False Claims Act) and 28 U.S.C. § 1331 (Federal Question).

5. Venue is proper in this Court under 31 U.S.C. § 3732(a) as the payments were made within the Massachusetts District.

6. Raymond Rodriguez is the original source of and has direct and independent knowledge of all publicly disclosed information that the allegations herein are based upon. Raymond Rodriguez has personally gathered all the documentation and photographs substantiating the allegations herein. Additionally, he has voluntarily provided all such information to the Government prior to the filing of this action.

## FACTS

7. On or about September 12, 2000 Raymond Rodriguez leased section 8 housing from Carmen Manix located at 362 High Street, Apartment 2A, Holyoke, Massachusetts 01040.[1]

---

[1] Exhibit B, and Exhibit C – Leases from the Section-8 and from the Landlord.

2

8. On or about September 12, 2000, Carmen Manix and Raymond Rodriguez entered into a subsequent lease in violation of the section 8 housing lease, to cover utilities at the apartment located 362 High Street, Apartment 2A, Holyoke, Massachusetts 01040.

9. On or about July 31, 2017 Raymond Rodriguez terminated his residence at 362 High Street, Apartment 2A, Holyoke, Massachusetts 01040.

10. During the time of the tenancy Mr. Raymond Rodriguez paid for the utilities to Holyoke Gas and Electric Department for a duration of 16 years and 3 months.[2]

11. For the entirety of the rental period Raymond Rodriguez was responsible for making utility payments to Holyoke Gas & Electric.

## CAUSE OF ACTION

*Violations of the False Claims Act*

12. The Plaintiff incorporates and re-alleges all of the foregoing allegations herein.

13. Based upon the acts described above, Defendant knowingly violated on or more of the following:
    a. Knowingly presented, or caused to be presented, a false or fraudulent claim for payment or approval;
    b. Knowingly made, used, or caused to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government.

14. The United States, unaware of the falsity of these claims, records, and statements made by the Defendant, and in reliance on the accuracy thereof, paid money to Defendant and/or various utility providers for the fraudulent claims.

15. The United States and the general public have been damaged as a result of Defendant's

---

[2] Utility bill history from Holyoke Gas & Electric Department indicating when the relator started payments and ended payments for the utilities starting from February 7th, 2001 through May 8th, 2017. Noted at Exhibit-A

3

violations of the False Claims Act.

## PRAYER

16. For the reasons set forth above, Raymond Rodriguez, on behalf of the United States, respectfully requests this Court to find that Defendant has damaged the United States Government as a result of its conduct under the False Claims Act. Rodriguez prays that judgment enter against Defendant for all applicable damages, including but not limited to the following:

    a. Civil Penalties in an amount of three times the actual damages suffered by the Government.

    b. Relator seeks a fair and reasonable amount of any award for his contribution to the Government's investigation and recovery pursuant to 31 U.S.C §§ 3730(b) and (d) of the False Claims Act.

    c. Attorney's fees and costs awarded to Relator.

    d. Pre-judgment and post judgment interest.

    e. All other relief on behalf of the Relator and/or United States Government to which they may be entitled at law or equity.

Respectfully Submitted,

By: /s/Timothy W. Macri
Timothy W. Macri, Esq.
Law Office of Timothy W. Macri, P.C.
BBO#:692585
480 Hampden Street
Holyoke, Massachusetts, 01040
Tel. (413) 568-5200
Fax.(413) 568-5255
tim.macri.law@gmail.com

*Attorney for Relator*

## CERTIFICATE OF SERVICE

4

I, Timothy W. Macri, certify that a true and correct copy of the foregoing has been served on counsel for all parties via the Court's CM/ECF system this the 18 day of May 2021. Additionally, the following parties were served via CMRRR:

Hon. Merrick B. Garland
Attorney General of the United States
U.S. Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Hon. Maura Healey
Attorney General of Massachusetts
1 Ashburton Pl
Boston, MA 02108